IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATIE J. NIEBUHR, as
Personal Representative of the
Estate of JOHN JAY NIEBUHR,
deceased,

Plaintiff,

v. Case No.: 6:26-CV-01406-PGB-DCI

SHERIF BROWN, individually;
RAYNISHA WHEELER, individually;
MELBOURNE AIRPORT AUTHORITY;
CITY OF MELBOURNE;
CITY OF PALM BAY; and
FLOCK GROUP, INC.,

Defendants.
_________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

COMES NOW, Plaintiff, KATIE J. NIEBUHR as Personal Representative of the Estate of JOHN JAY NIEBUHR, deceased, by and through undersigned counsel and hereby filed and serves its Notice of Pendency of Other Actions. In accordance with Local Rule 1.07(c), I certify that the instant action:

[ ] IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

[ X ] IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August a true and correct copy of the foregoing has been electronically filed with Clerk of the Court using the Florida Middle District CM/ECF E-Portal system.

By: ______________________________

**JESSICA J. TRAVIS, Esq.**
Florida Bar No. 76701

**DefendBrevard.com**
Jessica@DefendBrevard.com
1329 Bedford Drive, Suite 2
Melbourne, Florida 32940
Phone: 321-728-7280
Eservice only at:
eservice@defendbrevard.com
eservice2@defendbrevard.com